UNITED STATES DISTRICT COURT for the
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
:
SCOTT BAKER, as Trustee of the INTERNATIONAL :
BROTHERHOOD OF ELECTRICAL WORKERS EASTERN : **JUDGMENT BY**
STATES HEALTH AND BENEFIT FUND and EASTERN : **DEFAULT**
STATES PENSION FUND, : **AGAINST**
: **SIGNS BY IONNI, INC. a/k/a**
: **IONNI SIGNS, INC.**
                       Plaintiffs, :
: 11-CV-1323
    -against- : (Suddaby, J.)
: (Homer, M.J.)
SIGNS BY IONNI, INC. a/k/a IONNI SIGNS, INC., :
:
                       Defendants. :
---------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that this action having been commenced on November 8, 2011 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant Signs By Ionni, Inc. a/k/a Ionni Signs, Inc. on December 5, 2011 by delivering a true copy to Terri Ionni, a person of suitable age and discretion, who identified the corporation so served as the corporation described in the Summons and Complaint and identified herself as the Managing-Agent. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint; and defendant not having answered or otherwise appeared or moved in response to the complaint, and the time for such having expired, it is

HEREBY ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against defendant in the amount of $32,931.85 which includes the following: a) unpaid Health & Benefit Fund contributions in the amount of $14,769.36; b) unpaid Pension Fund contributions in the amount of $4,852.98; c) 10% interest on outstanding contributions in the amount of $3,380.11; d) 20% liquidated damages on outstanding contributions in the amount of $3,534.37; e) attorneys' fees in the amount of $5,770.50 and costs and expenses in the amount of $624.53; and f) for such other and further relief as the Court deems just and proper.

    Syracuse, New York
Dated: ~~Albany~~, New York
    ~~May XXXX 2012~~
    January 14, 2013

                                              The Honorable Glenn T. Suddaby
                                              U.S. District Court Judge
                                              Northern District of New York